IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. CR05-0638 SI |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| LEROY A. LEWIS and ROY A. LEWIS, | ) | |
| | ) | |
| Defendants. | ) | |

On November 30, 2005, defendants Leroy A. Lewis and Roy A. Lewis came before United States Magistrate Judge Edward M. Chen. Leroy A. Lewis was represented by David Fermino. Roy A. Lewis was represented by George Boisseau. Robert Livermore appeared for the United States of America. At this hearing, the defendants were arraigned and both entered pleas of "not guilty" thereby commencing the time period for Speedy Trial Act purposes pursuant to 18 U.S.C. § 3161. After accepting the defendants' pleas, the Court set a hearing before United States District Court Judge Susan Illston for December 9, 2005. The parties agreed that the time between the November 30, 2005 hearing and the December 9, 2005 hearing should be excluded for Speedy Trial Act purposes. Accordingly,

**IT IS HEREBY ORDERED**:

1. The Court's oral ruling of November 30, 2005 is incorporated into this order by reference.

1  |  2. As requested at the hearing, the 9 days between November 30, 2005 and December 9, 2005 are excluded under 18 U.S.C. § 3161(h)(8)(A) for Speedy Trial Act purposes. The Court finds that the ends of justice, which outweigh the interest of the public and the defendants in a speedy trial, are best served by excluding the 9 day period described-above.

Dated: December 7, 2005

_____
EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE