MICHAEL J. SHEPARD (Bar No. 91281)
MEGAN DIXON (Bar No. 162895)
MONICA PATEL (Bar No. 220825
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Defendant ROY ALBERT LEWIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEROY ALBERT LEWIS,<br>ROY ALBERT LEWIS,<br><br>Defendants. | Case No.: CR 05 00638 SI<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING PRETRIAL MOTION BRIEFING SCHEDULE AND EXCLUDING TIME FROM JANUARY 27, 2006 THROUGH MARCH 3, 2006 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161)** |

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for plaintiff United States of America ("the Government") and defendants LeRoy Albert Lewis and Roy Albert Lewis (collectively "defendants") that the time for the Government and defendants to complete the pretrial motion briefing schedule will be extended as follows:

Defendants' deadline to file all pretrial motions will be extended to February 10, 2006. The Government's deadline to respond to those motions will be extended to February 17, 2006. Defendants' deadline to file replies to the Government's responses will be extended to February 24, 2006.

The order for hearing will be vacated subject to being reset by the Court. The parties respectfully request that the Court reset the pretrial hearing on these motions for March 3, 2006 at 11:00 a.m.

STIPULATION AND [PROPOSED] ORDER
CASE NO.: CR 05 00638 SI

At the request of the parties, including defendants, the Court enters this order documenting the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from January 27, 2006 through March 3, 2006. The parties, including defendants, agree and the Court finds and holds as follows:

1. Defendants understand and agree to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from January 27, 2006 through March 3, 2006, based upon the needs for filing of pretrial motions in this case and for the continued review of the discovery to assure effective preparation of the defense.

2. The attorneys for defendants join in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, from January 27, 2006 through March 3, 2006, for all the above reasons, and believe the exclusion of time is necessary for preparation and filing of pretrial motions in this case and for the continued review of the discovery to assure effective preparation of the defense. The attorneys for defendants further believe that the exclusion is in defendants' best interests and further agree that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be from January 27, 2006 through March 3, 2006.

Given the above circumstances, the Court finds that the ends of justice served by excluding the period from January 27, 2006 through March 3, 2006 outweigh the best interests of the public and defendants in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Accordingly, the Court (1) adopts the extended time pretrial briefing schedule as set forth above; (2) sets the next appearance date before this Court on March 3, 2006 at 11:00 a.m. for hearings on pretrial motions; and (3) orders and finds that the time from January 27, 2006 through March 3, 2006 is excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

SO STIPULATED:

Dated: January 25, 2006

/s/ Megan Dixon
MICHAEL J. SHEPARD
MEGAN DIXON
MONICA PATEL
Attorneys for Defendant Roy Albert Lewis

2

STIPULATION AND [PROPOSED] ORDER
CASE NO.: CR 05 00638 SI


Dated: January 25, 2006

ROY ALBERT LEWIS by Roy Albert Lewis
ROY ALBERT LEWIS
Defendant

Dated: January __, 2006

_____
DAVID W. FERMINO
Attorney for Defendant LeRoy Albert Lewis

Dated: January __, 2006

_____
LEROY ALBERT LEWIS
Defendant

Dated: January __, 2006

_____
ROBERT J. LIVERMORE
Assistant United States Attorney

**IT IS SO ORDERED.**

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

Dated:   San Francisco, California
         January _____, 2006

IT IS SO ORDERED
Judge Susan Illston

3

STIPULATION AND [PROPOSED] ORDER
CASE NO.: CR 05 00638 SI

Dated: January ___, 2006

ROY ALBERT LEWIS
Defendant

Dated: January 25, 2006

_/s/ David W. Fermino_
DAVID W. FERMINO
Attorney for Defendant LeRoy Albert Lewis

Dated: January 25, 2006

_/s/ LeRoy A. Lewis_
LEROY ALBERT LEWIS
Defendant

Dated: January ___, 2006

ROBERT J. LIVERMORE
Assistant United States Attorney

IT IS SO ORDERED.

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

Dated:   San Francisco, California
         January _____, 2006

---

STIPULATION AND [PROPOSED] ORDER
CASE NO.: CR 05 00638 SI

3

Dated: January __, 2006

_____
ROY ALBERT LEWIS
Defendant

Dated: January __, 2006

_____
DAVID W. FERMINO
Attorney for Defendant LeRoy Albert Lewis

Dated: January __, 2006

_____
LEROY ALBERT LEWIS
Defendant

Dated: January 25, 2006

_____
ROBERT J. LIVERMORE
Assistant United States Attorney

**IT IS SO ORDERED.**

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

Dated: San Francisco, California
January _____, 2006

---

STIPULATION AND [PROPOSED] ORDER
CASE NO.: CR 05 00638 SI

3