1 | BARRY J. PORTMAN
  | Federal Public Defender
2 | DAVID W. FERMINO
  | Assistant Federal Public Defender
3 | 450 Golden Gate Avenue
  | San Francisco, California 94102
4 | Telephone: (415) 436-7700
5 | Counsel for Defendant LEWIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 05-00638 SI |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] |
| vs. | ) ORDER PERMITTING DEFENDANT |
| | ) TO TRAVEL |
| LEROY LEWIS, | ) |
| Defendant. | ) |

   Defendant Roy Albert Lewis currently resides in Danville, California and is free on bond under conditions set by this Court. One of those condition is that his travel is restricted to the Northern District of California. Mr. Lewis wishes to travel to and from Southern California from April 16, 2006 to April 19th, 2006 for the purpose of receiving experimental chemotherapy.

   Mr. Lewis, respectfully requests that this Court amend his bond to grant him permission to travel to and from Southern California from April 16, 2006 to April 19th, 2006 for the purpose of receiving experimental chemotherapy. Should the Court grant Mr. Lewis's request, Mr. Lewis shall provide information regarding his whereabouts during his travels and means of contacting him to verify his whereabouts to Pretrial Services.

/ / /

Pretrial Services Officer Betty Kim has been notified of Mr. Lewis's travel request and has no objection. The Government by and through its agent Assistant United States Attorney Robert J. Livermore, does not have any objections to Mr. Lewis's travel request.

Dated: April 12, 2006

Respectfully submitted,

for DAVID W. FERMINO
Assistant Federal Public Defender

Dated: April 12, 2006

ROBERT J. LIVERMORE
Assistant United States Attorney

## ORDER

For good cause shown, IT IS HEREBY ORDERED that Roy Albert Lewis shall be permitted to travel to and from Southern California from April 16th to April 19th, 2006 for the purpose of receiving experimental chemotherapy. The Court further ORDERS that Mr. Lewis shall provide information regarding his whereabouts during his travel and means of contacting him to verify his whereabouts to Pretrial Services.

IT SO ORDERED.

DATED:

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

Stip and Order Permitting Travel                                  - 2 -