1  BARRY J. PORTMAN
   Federal Public Defender
2  DAVID W. FERMINO
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, California 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant LEWIS

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00638 SI |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER MODIFYING TRAVEL RESTRICTIONS |
| vs. ) | |
| LEROY LEWIS, ) | |
| Defendant. ) | |

   Defendant LeRoy Albert Lewis currently resides in Danville, California. On October 12, 2005, Mr. Lewis was released on bond and one condition of his release is that his travel is restricted to the Northern District of California. Mr. Lewis is currently undergoing chemotherapy at Loma Linda Hospital in Loma Linda, California. The treatment that he is receiving, Proton Beam Chemotherapy, is currently only available at Loma Linda University. Mr. Lewis respectfully requests that the Court permanently modify the bond in this case in order to permit him to travel to Southern California for the purpose of receiving chemotherapy.

   Mr. Lewis, respectfully requests that this Court amend his bond to grant him permission to travel to and from Southern California on a permanent basis, or until such time that he no longer needs chemotherapy treatment. Should the Court grant Mr. Lewis's request, Mr. Lewis will provide information regarding his departure dates to Pretrial Services.

Stip and Order Permitting Travel             - 1 -

United States Pretrial Services Officer Betty Kim has been notified of this requested modification and has no objection. The Government by and through its agent Assistant United States Attorney Robert J. Livermore, does not have any objections to Mr. Lewis's travel request.

Dated: June 8, 2006                                                  Respectfully submitted,

                                                                         _____/S/_____
                                                                         DAVID W. FERMINO
                                                                         Assistant Federal Public Defender


                                                                         _____/S/_____
Dated: June 8, 2006                                                  ROBERT J. LIVERMORE
                                                                         Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

## ORDER

For good cause shown, IT IS HEREBY ORDERED that LeRoy Albert Lewis is permitted to travel outside of the Northern District for the purpose of receiving chemotherapy, on a permanent basis or until his chemotherapy is completed . The Court further ORDERS that Mr. Lewis will provide information in advance regarding his anticipated departure dates to Pretrial Services.

**IT SO ORDERED.**

DATED:                                                               s/William Alsup for
                                                                         _____
                                                                         SUSAN ILLSTON
                                                                         UNITED STATES DISTRICT JUDGE

Stip and Order Permitting Travel                  - 2 -