BARRY J. PORTMAN
Federal Public Defender
DAVID W. FERMINO
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant LEWIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05-00638 SI |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR TRAVEL TO WASHINGTON. |
| vs. | |
| LEROY LEWIS, | |
| Defendant. | |

    Defendant LeRoy Albert Lewis respectfully requests that this Court amend his bond to grant him permission to travel from his home in Danville, California to Walla Walla, Washington from June 18, 2006 to June 24, 2006, for the purpose of visiting a long time mentor and friend who has fallen ill.

    Mr. Lewis himself is quite ill and is undergoing Proton Beam Chemotherapy at Loma Linda Hospital in Loma Linda, California. Mr. Lewis therefore respectfully requests that he be permitted to travel by way of motorcar to Walla Walla, Washington June 18 through June 24, 2006. Should the Court grant Mr. Lewis' request, Mr. Lewis will provide to Pretrial Services the information regarding the name, address and telephone number where he will be staying along with his departure and arrival times.

[PROPOSED]
TRAVEL ORDER                                      1

United States Pretrial Services Officer Betty Kim does not have any objections to this request. The Government by and through its agent Assistant United States Attorney Robert J. Livermore, does not have any objections to Mr. Lewis's travel request.

Dated: June 15, 2006

Respectfully submitted,

/s/
DAVID W. FERMINO
Assistant Federal Public Defender

Dated: June 15, 2006        /s/
                            ROBERT J. LIVERMORE

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s) within this e-filed document.

**ORDER**

For good cause shown, IT IS HEREBY ORDERED, that LeRoy Albert Lewis is permitted to travel outside of the Northern District for the purpose of visiting his ill friend in the town and state of Walla Walla, Washington. The Court further ORDERS that Mr. Lewis will provide the information regarding the name, address and telephone number where he will be staying along with his departure and arrival times to Pretrial Services prior to his departure.

**IT IS SO ORDERED**.

DATED:                      _____
                            SUSAN ILLSTON
                            UNITED STATES DISTRICT JUDGE

[PROPOSED]
TRAVEL ORDER                                2