IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 05-00638 SI |
| Plaintiff, | **ORDER GRANTING GOVERNMENT'S MOTION FOR SEVERANCE** |
| v. | |
| LEROY A. LEWIS and ROY A. LEWIS, | |
| Defendant. | |

Now before the court is a motion to sever the trial of defendant LeRoy Albert Lewis from the trial of defendant Roy Albert Lewis. Given that a joint trial could not begin, even under the best of circumstances, until December 2006 and that Roy Lewis is currently available for trial, the Court hereby GRANTS the government's motion for severance.

The Court also sets a pre-trial conference date for Roy Albert Lewis of July 18, 2006 at 3:30 p.m. and a jury trial date of July 31, 2006 at 8:30 a.m. Lastly, the Court sets a status conference for LeRoy Albert Lewis on October 6, 2006 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: June 30, 2006

SUSAN ILLSTON
United States District Judge