IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) Case No. CR05-0638 SI |
| v. | ) |
| | ) **Stipulation and Proposed Order to Exclude** |
| LEROY ALBERT LEWIS, | ) **Time Under the Speedy Trial Act** |
| Defendant. | ) |

The United States of America and defendant LeRoy Albert Lewis, by and through their undersigned counsel, respectfully move the Court in this stipulation to exclude the time between June 30, 2006 and October 6, 2006 for purposes of the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*. The parties request this time to be excluded for Speedy Trial purposes in order to adequately prepare for trial pursuant to 18 U.S.C. § 3161(h)(8).

The Speedy Trial Act generally requires a defendant to be tried within seventy days of his initial appearance in court. See 18 U.S.C. § 3161(c)(1). Defendant LeRoy Albert Lewis first appeared in court on October 12, 2005. Since that time, defendant LeRoy Albert Lewis has requested that his trial date be postponed because he is receiving treatment for a medical condition and cannot prepare for trial. At a hearing on June 30, 2006, the Court granted his request and ordered the parties to appear at a status conference on October 6, 2006. This case involves allegations of a highly complex tax conspiracy. The parties cannot adequately prepare for trial within seventy days, especially in light of

defendant LeRoy Albert Lewis's medical condition. In a series of Orders, the Court has previously excluded the time from November 16, 2005 until June 30, 2006 for Speedy Trial considerations. The parties now agree that the Court should also exclude the time from June 30, 2006 until October 6, 2006 in order to prepare for trial, pursuant to 18 U.S.C. § 3161(h)(8).

Respectfully submitted,

KEVIN V. RYAN
United States Attorney
Northern District of California

By:   /s/
Robert J. Livermore
Trial Attorney
United States Department of Justice
Tax Division
Northern Criminal Enforcement Section
601 D Street NW, Suite 7122
Washington, DC 20044
(202) 514-2722
(202) 616-1786 (facsimile)
Virginia State Bar Number: 42957

/s/
Barry Portman
Federal Public Defender
Attorney for Defendant LeRoy Albert Lewis

### Order

The Court finds that the time from June 30, 2006 until October 6, 2006 is properly excluded for Speedy Trial purposes under 18 U.S.C. § 3161(h)(8) to allow the parties to prepare for trial. In so doing, the Court finds that this case is "so complex . . . that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by" the Speedy Trial Act. The Court also finds that the ends of justice are best served by excluding this time, and that this outweighs the interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A). See Zedner v. United States, -- S.Ct.--, 2006 WL 1519360 (June 5, 2006).

**IT IS SO ORDERED.**

Dated:_____

SUSAN ILLSTON
United States District Judge