1
2
3
4
5
6       IN THE UNITED STATES DISTRICT COURT FOR THE
7           NORTHERN DISTRICT OF CALIFORNIA
8              SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | Case No. CR05-0638 SI-1 |
| ) | |
| v. ) | |
| ) | **NOTICE AND PROPOSED** |
| ) | **ORDER EXCLUDING TIME** |
| LEROY ALBERT LEWIS, ) | |
| ) | |
| Defendant. ) | |

PLEASE TAKE NOTE that on October 6, 2006, the parties in this case appeared before the Court for a status conference. At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculations from October 6, 2006, through January 26, 2007, for continuity of counsel and for effective preparation of defense counsel. The parties represented that granting the continuance was the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(8)(A).

Therefore, the parties request that this Court sign the proposed order attached hereto.

/ / /

/ / /

/ / /

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | KEVIN V. RYAN<br>United States Attorney<br>Northern District of California |
| | By: | /s/<br>Edward E. Russo<br>Trial Attorney<br>United States Department of Justice- Tax Division<br>Western Criminal Enforcement Section<br>601 D Street NW, Suite 7907<br>Washington, DC 20044<br>Tel: (202) 514-2476<br>Fax: (202) 514-9623<br>Massachusetts Board of Bar Overseers No. 659810 |

CERTIFICATE OF SERVICE

This pleading was served to defense counsel via the Court's Electronic Court Filing system and via e-mail to:

Shawn Halbert
Counsel for Leroy Albert Lewis

     /s/
Edward E. Russo
Trial Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEROY ALBERT LEWIS, )<br>)<br>Defendant. )<br>_____ ) | Case No. CR05-0638 SI-1<br><br><br><br>**ORDER EXCLUDING TIME** |

For the reasons stated at the status conference on October 6, 2006, and in the foregoing Notice, the Court finds that an exclusion of time between October 6, 2006, and January 26, 2007, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. §3161(h)(8)(B)(iv).

It is, therefore, ORDERED excluding time between October 6, 2006, and January 26, 2007, in the interests of justice.

Dated this ___ day of October, 2006.

_____
**THE HONORABLE SUSAN J. ILLSTON**
**UNITED STATES DISTRICT COURT JUDGE**

4