BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant LEWIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   CR 05-0638 SI |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL |
| vs. | |
| LEROY ALBERT LEWIS, | |
| Defendant. | |

**STIPULATION**

The undersigned parties stipulate as follows:

1. Defendant Leroy Lewis would like to travel to Grass Valley/Nevada City, California from December 15 through December 17, 2006 to celebrate his mother-in-law's birthday. As this location is out-of-district, he needs court permission.

2. The government does not object to Mr. Lewis' request for permission to travel as above.

3. Mr. Lewis' supervising pretrial services officer, Betty Kim, has no objection to allowing Mr. Lewis to travel as described above.

//

//

//

Stipulation and Proposed Order re Travel
No. CR 05-0638 SI                                                    1

IT IS SO STIPULATED

Date: December 12, 2006

_____
SHAWN HALBERT
Assistant Federal Public Defender

Date: December 12, 2006

_Ed Russo /by SH as per email authorization_
EDWARD E. RUSSO
Assistant United States Attorney

### [PROPOSED] ORDER

Upon request of defendant, and for good cause appearing, IT IS HEREBY ORDERED that defendant Leroy Lewis shall be permitted to travel to Grass Valley/Nevada City, California from December 15 through December 17, 2006.

Dated: December __, 2006

_____
Honorable Susan Illston
United States District Court Judge