MICHAEL PETER SEMANSKY, ESQ. (#048650)
SEMANSKY LAW FIRM
535 MAIN STREET, THIRD FLOOR
MARTINEZ, CALIFORNIA 94553
TELE: (925) 372-8766
FAX:  (925) 372-9436

RECEIVED
07 JAN 17 PM 1:01
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorney for Defendant
LEROY ALBERT LEWIS

FILED
JAN 1 9 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket No.:   CR-05-0638 SI |
| Plaintiff, | **PROPOSED ORDER APPROVING SUBSTITUTION OF ATTORNEYS** |
| vs. | |
| LEROY ALBERT LEWIS, | |
| Defendant. | |

Having received the substitution of attorneys in the above-entitled action,

IT IS HEREBY ORDERED that Semansky Law Firm be allowed to represent defendant LEROY ALBERT LEWIS in lieu of the Federal Public Defender in the above-entitled action.

DATED: 1/18/07

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

-1-

PROPOSED ORDER APPROVING SUBSTITUTION OF ATTORNEYS