UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR.-05-0638(SI) |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| LEROY ALBERT LEWIS. | ) SPEEDY TRIAL ACT ORDER |
| Defendant. | ) |

This matter came on for status conference on January 26, 2007. The matter is continued to May 18, 2007 at 11:00 a.m. for further status and trial setting. The government and defendant and his counsel have agreed that the period from January 26, 2007 to May 18, 2007 shall be excluded under the Speedy Trial Act in the interest of justice pursuant to Title 18 U.S.C Sections 3161(h)(8)(A), (B)(ii), and (B)(iv). The Court agrees and finds that the ends of justice served by excluding the above period outweigh the best interests of the public and the defendant in a speedy trial, because the defendant and his counsel are entitled to a reasonable time necessary for effective preparation of the defenses.

IT IS SO ORDERED.

Dated: _____

SUSAN ILLSTON
U.S. District Judge