UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROY ALBERT LEWIS, a/k/a
LEROY ALBERT LEWIS,

    Petitioner,

No. C 07-1008 PJH/
Related CR 05-638 SI

**ORDER RE: SERVICE; SETTING BRIEFING SCHEDULE AND HEARING RE: PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER**

INTERNATIONAL MONETARY FUND, et al.

    Defendants.
_____/

On February 22, 2007, Judge Illston found that this civil case is related to the above criminal case, but that reassignment was not warranted. Accordingly, the court ORDERS petitioner to serve copies of his complaint and all motion papers in the case on defendants **no later than 4:00 p.m. on Friday, February 23, 2007.** Defendants are ORDERED to file and serve a response to Lewis' motion **no later than 4:00 p.m. on Monday, February 26, 2007.** Defendants are further advised that given the timing, courtesy chambers copies are also due to Judge Hamilton's chambers **no later than 4:00 p.m. on Monday, February 26, 2007.**

The court will hear Lewis' motion for a temporary restraining order in Courtroom 3 at **9:00 a.m. on Wednesday, February 28, 2007.**

**IT IS SO ORDERED.**

Dated: February 22, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge