# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br><br> ROY ALBERT LEWIS and <br> LEROY ALBERT LEWIS, <br> Defendants. | Case No. CR05-0638 SI <br><br> ORDER |

On June 30, 2006, this Court ordered that the cases of the above-captioned Defendants be severed. However, they remained under the same case number. On February 23, 2007, this Court granted a motion to withdraw filed by Roy A. Lewis' counsel, and Roy A. Lewis is now proceeding *Pro Se.* As a result, and pursuant to General Order 45, this case number was removed from e-filing. Since Leroy A. Lewis' case remains under the same case number, his case has also been removed from e-filing. However, Leroy A. Lewis remains represented by counsel and is currently pending trial.

Therefore, IT IS HEREBY ORDERED that documents may be e-filed as to Leroy A. Lewis' case, but documents as to Roy A. Lewis must be manually filed.

**THE HONORABLE SUSAN ILLSTON**
**UNITED STATES DISTRICT COURT JUDGE**