FILED

MAR X 8 2007

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> ROY ALBERT LEWIS and ) <br> LEROY ALBERT LEWIS, ) <br> ) <br> Defendants. ) | Case No. CR05-0638 SI <br><br> ORDER |

On June 30, 2006, this Court ordered that the cases of the above-captioned Defendants be severed. However, they remained under the same case number. On February 23, 2007, this Court granted a motion to withdraw filed by Roy A. Lewis' counsel, and Roy A. Lewis is now proceeding *Pro Se*. As a result, and pursuant to General Order 45, this case number was removed from e-filing. Since Leroy A. Lewis' case remains under the same case number, his case has also been removed from e-filing. However, Leroy A. Lewis remains represented by counsel and is currently pending trial.

Therefore, IT IS HEREBY ORDERED that documents may be e-filed as to Leroy A. Lewis' case, but documents as to Roy A. Lewis must be manually filed.

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE



UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

United States

        Plaintiff,

v.

Lewis

        Defendant.
_____/

Case Number: CR05-00638 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 8, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edward E. Russo
Department of Justice
P.O. Box 972
Ben Franklin Station
Washington, DC 20044

Roy Albert Lewis
1400 Santa Rita Road
Apt. C
Pleasanton, CA 94566

Dated: March 8, 2007

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk