MICHAEL PETER SEMANSKY, ESQ., SBN 048650
SEMANSKY LAW FIRM
535 MAIN STREET, THIRD FLOOR
MARTINEZ, CALIFORNIA 94553
TELE: (925) 372-8766
FAX: (925) 372-9436

Attorney for Defendant
LEROY ALBERT LEWIS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket No.: CR-05-0638 SI |
| Plaintiff, | **ORDER APPROVING TRAVEL OF DEFENDANT** |
| vs. | |
| LEROY ALBERT LEWIS, | |
| Defendant. | |

IT IS HEREBY ORDERED that Dr. LEROY ALBERT LEWIS, defendant herein, is allowed to leave the Northern District of California to Roseburg, Oregon to search for a new residence for his wife Joan Lewis from August 29th through September 12th 2007.

DATED: August 24, 2007

_____
JUDGE OF THE UNITED STATES DISTRICT COURT
For Judge Susan Y. Illston