| | |
|---|---|
| 1 | E. Gerard Mannion (State Bar #77287) |
| | E-mail: gmannion@sbcglobal.net |
| 2 | Wesley M. Lowe (State Bar #111761) |
| | E-mail: wlowe@sbcglobal.net |
| 3 | Demián I. Oksenendler (State Bar #233416) |
| | E-mail: doksenendler@sbcglobal.net |
| 4 | MANNION & LOWE |
| | 655 Montgomery Street, Suite 1200 |
| 5 | San Francisco, California 94111 |
| | Telephone: (415) 733-1050 |
| 6 | Facsimile: (415) 434-4810 |
| 7 | Attorneys for Plaintiff |
| | TURNSTONE CONSULTING CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| TURNSTONE CONSULTING CORPORATION, | ) ) ) | Case No: C 07-1216 SI |
| Plaintiff, | ) ) | ORDER EXTENDING MEDIATION DEADLINE AND OTHER CASE MANAGEMENT DEADLINES [PROPOSED] |
| vs. | ) ) ) | |
| UNITED STATES FIDELITY & GUARANTY COMPANY, THE ST. PAUL, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, TRAVELERS, and DOES 1 through 50, inclusive, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

///

///

///

///

///

1

Order Extending Mediation Deadline                                         Case No. C 07-1216 SI

1     Having read and considered the parties' Stipulation to Extend Mediation Deadline, the Court
2 orders as follows:
3     1.    The mediation deadline is hereby extended from October 15, 2007 to December 15,
4 2007.
5     ~~2.    All other deadlines set by the Court for this case are extended by 60 days~~.
6
7
8
9 PURSUANT TO STIPULATION, IT IS SO ORDERED.
10
11 Dated: _____
12
13     By: _____
    Hon. Susan Illston
    United States District Judge
14 <sub>G:\Main Group\Clients\Turnstone Consulting Corp. v. USF&G\Pleadings\Stip.Extend Mediation Deadline.2.Proposed Order.wpd</sub>
15
16 The case management conference has been continued Friday, December 14, 2007,
17 at 2:30 p.m.. The joint statement must be filed one week in advance of the conference.
18
19
20
21
22
23
24
25
26