MICHAEL PETER SEMANSKY, ESQ., SBN 048650
SEMANSKY LAW FIRM
535 MAIN STREET, THIRD FLOOR
MARTINEZ, CALIFORNIA 94553
TELE: (925) 372-8766
FAX: (925) 372-9436

Attorney for Defendant
LEROY ALBERT LEWIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket No.: CR-05-0638 SI |
| Plaintiff, | **ORDER APPROVING SURRENDER DATE OF DEFENDANT** |
| vs. | |
| LEROY ALBERT LEWIS, | |
| Defendant. | |

IT IS HEREBY ORDERED that Dr. LEROY ALBERT LEWIS, defendant herein, will surrender his person to the designated Federal Prison on or before __April 15, 2008__.

DATED: __10/3/07__

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

ORDER APPROVING SURRENDER DATE OF DEFENDANT